THE CARACK COMPANY, INC., v. ROBERT WILSON PAPER CORPORATION — WHEELWRIGHT PAPERS, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MAX SONDHEIM and Others v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION v. AMERICAN UNIVERSITY CLUB OF NEW YORK, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer and Cohn, JJ.

### (May 14, 1937.)

KENNETH S. GUITERMAN, Appellant, v. FRANK E. TAPLIN, PENNSYLVANIA RAILROAD COMPANY and A. J. COUNTY, Respondents, Impleaded with Others.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CATHLEEN SOSVIELLE, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SIMON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PATRICK NAGLE, Petitioner, for a Certiorari Order against JOHN L. RICE, as Commissioner of the Department of Health of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSALIND SHLOSSBERG, Respondent, v. LOUIS V. BECKER, Appellant, Impleaded with BASIL CAVALLARO and Another, Defendants. BASIL CAVALLARO and MARY CAVALLARO, Plaintiffs, v. LOUIS V. BECKER, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSALIND SHLOSSBERG, Respondent, v. LOUIS V. BECKER and Another, Defendants, Impleaded with BASIL CAVALLARO, Appellant. BASIL CAVALLARO and MARY CAVALLARO, Appellants, v. LOUIS V. BECKER, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Construction of the Last Will and Testament of EMIL SPIELVOGEL, Deceased.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY NOWAK, as Administratrix, etc., of CHARLES NOWAK, Deceased, Respondent, v. FRED HOEVEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.